UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | ) |
| | ) |
| Up to $15,000.00 in money, funds, and financial instruments deposited or credited to UMB Bank account #...8055 held in the name of Phillip Lee Williams & Pamela Kay Williams. | ) No.: 4:20MJ6238 PLC ) ) ) **[FILED UNDER SEAL]** ) ) ) ) |

## GOVERNMENT'S NOTICE OF NO OBJECTION TO THE UNSEALING OF SEIZURE WARRANT DOCUMENTS

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Kyle T. Bateman, Assistant United States Attorney for said District and notices this Court that the Government has no objections to the unsealing of the above-referenced seizure warrant, along with its affidavit, application, and return and other related documents entered by this Court.

Dated this 24th day of March, 2022.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Kyle T. Bateman
KYLE T. BATEMAN, #996646(DC)
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:	(314) 539-2200
Facsimile:	(314) 539-2777
Kyle.Bateman@usdoj.gov